UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA FRY,

CASE NO. _____

    Plaintiff,

v.

FIVE BELOW, INC., AND
JOHN DOE,

    Defendants.
_____/

## NOTICE OF REMOVAL OF CAUSE

The Defendant, FIVE BELOW, INC. (hereinafter referred to as the "Defendant"), by and through the undersigned counsel, hereby files this Notice of Removal of Cause pursuant to 28 U.S.C. § 1441, *et seq.*, and 28 U.S.C. § 1332, and in compliance with Local Rule 4.02 of the United States District Court for the Middle District of Florida. This cause was originally filed in the Ninth Judicial Circuit in and for Orange County, Florida, and as grounds in support of this Notice of Removal of Cause, the Defendant states as follows:

1.    This matter is currently pending in the Ninth Judicial Circuit in and for Orange County, Florida, bearing civil case number 2020-CA-009617-O, and styled *Patricia Fry v. Five Below, Inc., and John Doe*[1].

2.    This action arises out of alleged injuries sustained by the Plaintiff, Patricia Fry (the "Plaintiff"), on or about August 14, 2019.

3.    Pursuant to 28 U.S.C. § 1446(d), and Local Rule 4.02(b) of the United States District Court for the Middle District of Florida, copies of all process, pleadings, orders, and

---

[1] John Doe was dropped by Notice of Dropping Party filed by the Plaintiff on October 1, 2020.

other papers or exhibits of every find in the State Court file are attached hereto as composite Exhibit A.

4. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

5. According to the Plaintiff's Complaint, the Plaintiff is a resident of Orange County, Florida.

6. The Defendant, Five Below, Inc., is a Foreign Corporation authorized to transact business in Florida. The Defendant is incorporated in the State of Pennsylvania with its principal place of business located at 701 Market Street, Suite 300, Philadelphia, PA 19106.

7. Accordingly, the Defendant is deemed to be a citizen of the State of Pennsylvania under 28 U.S.C. § 1332(c)(1), because it is a corporation organized under the laws of the State of Pennsylvania, and has its principal place of business in the State of Pennsylvania.

8. Therefore, at all times material to this action, there was completed diversity of the Parties, as the Plaintiff is a citizen of the State of Florida, while the Defendant is a citizen of the State of Pennsylvania.

9. The Defendant avers that the amount in controversy in this matter exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of costs, interest and attorney's fees, the jurisdictional threshold for this Court as set forth in 28 U.S.C. § 1332.

10. The Defendant denies that the Plaintiff is entitled to the relief sought in her Complaint, however, if there is a judgment in favor of the Plaintiff against the Defendant in this matter, the amount in controversy in this case would exceed the Federal Court's Seventy-Five Thousand Dollars ($75,000) jurisdictional threshold.

11. This Notice of Removal of Cause is timely filed pursuant to 28 U.S.C. § 1446(b), as it is filed within thirty (30) days of the Defendant being served on October 14, 2020.

12. Venue rests with the Orlando Division of the United States District Court for the Middle District of Florida, as the State Court action being removed originated in the Ninth Judicial Circuit in and for Orange County, Florida.

13. The Defendant will file with the Circuit Court in and for Orange County, Florida, a true and correct copy of this Notice of Removal of Cause, and will serve a copy on counsel for the Plaintiff, as is required by 28 U.S.C. § 1446(d).

14. The undersigned attorney is fully licensed in the State of Florida, and is authorized to practice in the United States District Court for the Middle District of Florida.

15. The undersigned attorney has been authorized by the Defendant to file this Notice of Removal of Cause.

Dated: November 13, 2020
Respectfully submitted,

_/s/Michael D. Logan_
MICHAEL D. LOGAN, ESQUIRE
Florida Bar No. 504531
BRIAN N. HEFFNER, ESQUIRE
Florida Bar No. 106383
TRAUB LIEBERMAN STRAUS & SHREWSBERRY, LLP
11770 U.S. Highway One, Suite 402E
Palm Beach Gardens, Florida 33408
Telephone: (561) 848-8300
*Email Designations:*
MLogan@tlsslaw.com
BHeffner@tlsslaw.com
PBGPleadings@tlsslaw.com